10/7/2024

FILED
IN CLERKS OFFICE

2025 MAR 14 AM 11: 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

John Joseph Moakley United States Courthouse

1 Courthouse Way

Boston, Ma 02210

Subject: Junior Arias Dejesus # 08384-511

To whom it may concern

I Junior Arias Dejesus would like to relieve Paul J. Garrity from representation of me and my case.
My attorney doesn't speak Spanish and I have yet to communicate with him fairly about my case. The language barrier is difficult.

Please appoint me an alternate counselor.

Thank you for your assistance.

Junior Arias Dejesus